IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY COATNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-5087-CV-S-SWH |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Plaintiff filed an Application For Approval of Fees Pursuant to The Equal Access To Justice Act (doc. #16) seeking an award of $3,766.25 for attorney fees. The attorney fee request seeks recovery for 29.25 hours of attorney time at the rate of $125.00 per hour and 2 hours of paralegal time at the rate of $55.00 per hour. Defendant has no objection to the total amount requested (doc.#18). Therefore, it is

ORDERED that plaintiff's Application For Approval of Fees Pursuant To The Equal Access To Justice Act (doc. # 16) is granted. Attorney fees in the amount of $3,766.25 are hereby awarded.

                                        */s/ Sarah W. Hays*

                                        SARAH W. HAYS
                                        United States Magistrate Judge