# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

**JUDGMENT IN A CIVIL CASE**

JOHNNY COATNEY,

    Plaintiff

**V.**                                            Case No. 05-5087-CV-SW-SWH

JO ANNE B. BARNHART,

    Defendant

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED**

    that plaintiff's application for approval of fees pursuant to the Equal Access to Justice Act (doc. #16) is granted. Attorney fees in the amount of $3,766.25 are hereby awarded.

Entered on: May 24, 2006

                                                          P. L. BRUNE
                                                          CLERK OF COURT

                                                          */s/ Bonnie J. Rowland*
                                                          (By) Deputy Clerk